**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rafael ARIAS, Defendant–Appellant.**

**No. 11–10570.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed June 29, 2012.

Robert Lawrence Ellman, Esquire, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, Elizabeth Olson White, Esquire, Assistant U.S. USRE—Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Ramon Acosta, Assistant Federal Public Defender, FPDNV—Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before: SCHROEDER, HAWKINS and GOULD, Circuit Judges.

MEMORANDUM **

Rafael Arias appeals the sentence imposed following his guilty plea to distribution of 50 grams or more of actual methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii). We have

jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Arias contends that the district court erred in applying a two-level sentencing enhancement under U.S.S.G. § 3B1.1(c) based on Arias being an organizer, leader, manager, or supervisor of the criminal activity. Arias's knowing and voluntary waiver of his right to appeal any sentence that was within the advisory Sentencing Guidelines range, contained in his written plea agreement, precludes our consideration of this issue. *See United States v. Harris,* 628 F.3d 1203, 1205 (9th Cir.2011).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

